**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

EDITH RENFROE,

    Plaintiff,

v.                                          Case No. 3:20-cv-191-J-34JBT

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff Edith Renfroe's Amended Complaint and Request for Preliminary Injunction (Doc. 19; Amended Complaint), filed on December 1, 2020. Although Renfroe styles her Amended Complaint as including a request for preliminary injunction, the Court will not consider her request as it—again—is not properly before the Court.[1]

Accordingly, it is

**ORDERED:**

---

[1] On March 4, 2020, this Court entered an order, see Order (Doc. 3; March 4 Order), denying Renfroe's first request for a preliminary injunction, which she included in her initial complaint, see Verified Complaint and Request for Preliminary Injunctive Relief and Stay Foreclosure Sale (Doc. 1; Initial Complaint). In the March 4 Order, the Court identified a litany of procedural errors Renfroe committed regarding her request for an injunction. See generally March 4 Order. Additionally, in the March 4 Order, the Court explained, inter alia, that Renfroe had entirely failed to show a likelihood of success on the merits, as required by the Federal Rules of Civil Procedure and the Local Rules, United States District Court, Middle District of Florida. Id. Despite the Court's explanation of the Initial Complaint's many shortcomings, on March 16, 2020, Renfroe filed a motion for reconsideration of the March 4 Order. See Plaintiff's Motion for Reconsideration of Order on Preliminary Injunction based on per Fed. R. C.P. 65 and Local R. 4.05 and 4.06 (Doc. 7; Motion for Reconsideration). The Court denied her Motion for Reconsideration on September 2, 2020. See Order (Doc. 17; September 2 Order). In doing so, the Court again emphasized several of the numerous deficiencies in Renfroe's Initial Complaint. See generally September 2 Order. Despite the Court's repeated admonitions regarding Renfroe's initial request for injunctive relief, in the Amended Complaint Renfroe has rectified only one of the litany of deficiencies the Court has previously identified. See generally Amended Complaint.

To the extent Plaintiff Edith Renfroe seeks preliminary injunctive relief in her Amended Complaint and Request for Preliminary Injunction, such a request is not properly before the Court and thus the Court will not consider the request.

**DONE AND ORDERED** in Jacksonville, Florida on December 8, 2020.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc27

Copies to:
Pro Se Parties
Counsel of Record